IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

"Church" Committing Money Embezzlement and
Money Theft of Wages Against Me, as well as
All Hatred and Abuse.

Nathaniel (Nathan) Gadiel
Antonoplos

Plaintiff(s),

v.

St. Martin of Tours "Catholic"
Church in Troy, AL — "Office Manager"
Julie VanBuskirk — "Office Manager"
— She is Committing the Money, The "Priest"
Embezzlement Against Me, Reverend Father Chris Boutin

Defendant(s),

CIVIL ACTION NO.   2:24-cv-00529-RAH-KFP

JURY DEMAND (MARK ONE)

☑ YES   ☐ NO

COMPLAINT

My Phone Number is 334-695-7476.

1. Plaintiff(s)' address and telephone number: My Previous Address, especially because I will notify this Honorable Court by writing of My New and Better and Actual Address change, is 620 Folmar Street. Apartment #B4, Troy, AL. 36081

2. Name and address of defendant(s): St. Martin of Tours "Catholic" Church 725 Elba Highway. Troy, AL. 36081. Mrs. Julie VanBuskirk — 205 West College Street. Troy, AL. 36081

3. Place of alleged violation of civil rights: St. Martin of Tours "Catholic" Church.

4. Date of alleged violation of civil rights: 8/16/2024

5. State the facts on which you base your allegation that your constitutional rights have been violated: St. Martin of Tours "Catholic" Church down in Troy, AL., Stole and Embezzled $153.00 from Me, When I was supposed to have gotten $1,022.66, but I did not. The amount of $1,022.66 was Supposed to have been Deposited Directly into My Bank Account Today (8/19/2024), because my Bank Stuff was not working right like it was supposed to be. The "Office Manager" who was The Old Campus "Minister" of the Catholic Student Newman Ministry Catholic Group at Troy University on the Main Campus of Troy University in Troy, AL., Mrs. Julie VanBuskirk, is The One, along with "the Church" Who Stole and is Stealing and Embezzling The $153.00. that was Supposed to be with the $869.66 (See My Additional Sheet for the Evidence for It that It is) So that I could have My $1,022.66.

6. Relief requested:

St. Martin of Tours "Catholic" Church in Troy, AL, to Get Shut Down and Banished Immediately. I Truly Want and Deeply Desire for Mrs. Julie VanBuskirk to go to Federal Prison for 10 Years for Money Embezzlement. I Truly Want and Deeply Desire to Sue Them and Reverend Father Christopher Boutin, with a Federal Criminal and Civil Lawsuit Against All Three(3) of Them, in The Amount of $777,000. I Truly Want and Deeply Desire and Insist that Amount of Money for Just Compensation to be Graciously and Rightfully Awarded to Me! I Truly Want and Deeply Desire for All Three(3) of Them to be Federally Prosecuted to the Fullest Extent of the Law.

Date: 8/19/2024   +Nathaniel (Nathan) Goodell Christopher

Plaintiff(s) Signature

↳ I also Want the "tax-exempt" Status to be Perpetually and Infinitely Removed and Abolished.

2