IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL GADIEL ANTONOPLOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cv-529-RAH-KFP |
| | ) | |
| ST. MARTIN OF TOURS CATHOLIC CHURCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on April 2, 2025. (Doc. 12.) In the Recommendation, the Magistrate Judge recommends dismissal of this case without prejudice because the Plaintiff has failed to obey court orders and prosecute this case. No objection has been filed to the Recommendation. After an independent review of the file, and for good cause, it is ORDERED as follows:

(1)   The Recommendation is ADOPTED; and,

(2)   This case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 3rd day of June 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE